## UNITED STATES DISTRICT COURT
### DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                Plaintiff,

v.

DIEGO SAUL CALDERON ALCANTAR,
                Defendant,      Criminal No. 25-CR-474 (DWF/DJF)

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: Diego Saul Calderon Alcantar
Detained at (custodian): MCF-Faribault

The government is requesting the Homeland Security Investigations to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Indictment
                     Charging Detainee With: PWID & Distribution of Methamphetamine
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary: Forthwith. Detainee is to be brought to the Magistrate of the Moment for purposes of initial appearance proceedings.

Dated: December 12, 2025                            *s/ Garrett S. Fields*
                                                                   Garrett S. Fields, AUSA

## WRIT OF HABEAS CORPUS

    (X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

December 12, 2025                                    *s/David T. Schultz*
Date                                                           THE HONORABLE DAVID T. SCHULTZ
                                                           UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 271029 | DOB: | xx/xx/1994 |
| Facility Address: | 1101 Linden Lane | Race: | |
| | Faribault, MN 55021 | FBI #: | |
| Facility Phone: | 507-334-0700 | | |
| Currently Incarcerated For: | Criminal Sexual Conduct - 1st Degree - Penetration or Contact under 16 | | |

### RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                (Signature)